UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 19 AM 11: 13

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. |
| | ) | **08 MJ 2557** |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Luis Hugo OCAMPO-Espinosa,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **August 18, 2008** within the Southern District of California, defendant, **Luis Hugo OCAMPO-Espinosa,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **AUGUST 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

DDA
8/18/08 cel

CONTINUATION OF COMPLAINT:
Luis Hugo OCAMPO-Espinosa

## PROBABLE CAUSE STATEMENT

On August 18, 2008, Border Patrol Agent W. Neimeyer was performing assigned duties in Campo, California. At approximately 4:45 a.m., Agent Neimeyer responded to a sensor activation Northeast of the Tecate, California Port of Entry.

Upon arrival in the area Agent Neimeyer found footprints and followed them until he found three individuals attempting to hide in the brush. Agent Neimeyer approached the individuals and identified himself as a Border Patrol Agent. He then questioned all three individuals as to their citizenship and nationality. All three including one later identified as the defendant **Luis Hugo OCAMPO-Espinosa**, admitted to being citizens and nationals of Mexico without any immigration documents allowing him to be or remain in the United States legally. All three were arrested and transported to the Tecate, California Processing Center in Tecate, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on December 5, 2007 through Laredo, Texas**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights, which he stated the understood and was willing to answer questions without having an attorney present. The defendant stated that he is a citizen and national of Mexico not in possession of any immigration documents allowing him to be or remain in the United States legally. The defendant stated that he was traveling to Saint Paul, Minnesota to find work and reunited with his family.