1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:     (619) 234-8467
4  Facsimile:     (619) 687-2666
   Email:         David_Peterson@fd.org
5
6  Attorneys for Defendant
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10                  **(HONORABLE BARBARA L. MAJOR)**

11 | UNITED STATES OF AMERICA,        ) | CASE NO. 08MJ2557
   |                                  ) |
12 |           Plaintiff,             ) |
   |                                  ) |
13 | v.                               ) | **NOTICE OF APPEARANCE**
   |                                  ) | **AS LEAD COUNSEL**
14 | LUIS HUGO OCAMPO-ESPINOSA,       ) |
   |                                  ) |
15 |           Defendant.             ) |
   |                                  ) |
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 lead attorney in the above-captioned case.

20                                       Respectfully submitted,
21
22 Dated: August 25, 2008               */s/ DAVID M. C. PETERSON*
                                        DAVID M.C. PETERSON
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
24                                      David_Peterson@fd.org
25
26
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  August 25, 2008                               /s/ *DAVID M. C. PETERSON*
                                                                  DAVID M.C. PETERSON
                                                                  Federal Defenders of San Diego, Inc.
                                                                  225 Broadway, Suite 900
                                                                  San Diego, CA  92101-5030
                                                                  (619) 234-8467  (tel)
                                                                  (619) 687-2666  (fax)
                                                                  David_Peterson@fd.org (email)